919 F.2d 731
 Jones (John, Sr., Gail Kim)
v.
Bucks County Court of Common Pleas Criminal Division, Bucks
County District Attorney Morrisville Boro Police Dept.,
Falls Township Police Dept., Williams (A.D.), Borough of
Morrisville, Falkenstein (Harry), Rockafellow (Lee), Hoffman
(John), Solt (Edger), Pelehaty (Nicholas), Demech (Michael),
Mount (George), Mullen (William), Gaydula (Eugene), Herron
(Off.), Armstrong (Off.), Wamsley (Willard), Saxman (Dale),
Nearhood (Ray), Kettler (James),
 NOS. 90-1077, 90-1079
 United States Court of Appeals,
Third Circuit.
 NOV 16, 1990
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.